

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Todd William Barr,

No. 11-22-00276-CR

\* Original Mandamus Proceeding

\* October 20, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Todd William Barr's petition for writ of mandamus and concludes that the petition should be dismissed for lack of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.